**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR542** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REPORT AND** |
| | ) | |
| **LONNIE D. MINTON JOHNSON,** | ) | **RECOMMENDATION** |
| | ) | |
| Defendant. | ) | |

On March 25, 2005, defendant Lonnie D. Minton Johnson (Johnson), together with his counsel, Assistant Federal Public Defender Carlos A. Monzon, appeared before the undersigned magistrate judge and was advised of the charges, the penalties and the right to appear before a United States District Judge. After orally consenting to proceed before a magistrate judge, Johnson entered a plea of guilty to Count I of the Indictment.

After being sworn, Johnson was orally examined by the undersigned magistrate judge in open court as required by Federal Rule of Criminal Procedure 11. Johnson also was given the advice required by that Rule. Finally, Johnson was given a full opportunity to address the court and ask questions.

Counsel for the government and counsel for Johnson were given the opportunity to suggest additional questions by the court. Moreover, both counsel orally certified that they were of the opinion that the plea was knowing, intelligent and voluntary, and that there was a factual basis for Johnson's plea of guilty to Count I of the Indictment..

Therefore, I find and conclude that: (1) the plea is knowing, intelligent, and voluntary; (2) there is a factual basis for the plea; (3) the provisions of Rule 11 and any other provisions of the law governing the submission of guilty pleas have been complied with; (4) a petition to enter a plea of guilty, on a form approved by the court, was completed by Johnson, Johnson's counsel and counsel for the government, and such petition was

placed in the court file; and (5) there was no plea agreement or other stipulation with regard to Johnson's plea of guilty.

**IT IS RECOMMENDED TO SENIOR JUDGE THOMAS M. SHANAHAN that:**

He accept the guilty plea and find the defendant, Lonnie D. Minton Johnson, guilty of the crime set forth in Count I of the Indictment to which Johnson tendered a guilty plea;

**ADMONITION**

Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after being served with a copy of this Report and Recommendation. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 25th day of March, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge